WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza, Suite 730
Newark, New Jersey 07102
(973) 848-7676
James S. Richter
Melissa Steedle Bogad

*Attorneys for Respondent Skyline Steel, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.D. FIELDS & COMPANY, INC., <br><br> Petitioner/Plaintiff <br><br> -against- <br><br> NUCOR-YAMATO STEEL COMPANY, <br><br> Defendant, <br><br> -and- <br><br> SKYLINE STEEL, LLC, <br><br> Respondent. | Honorable Stanley R. Chesler, U.S.D.J. <br><br> Civil Action No. 14 CV 4720 (SRC)(CLW) <br><br> **DECLARATION OF ALDO A. BADINI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** <br><br> **Electronically Filed** <br><br> **Return Date:  October 20, 2014** |

ALDO A. BADINI, of full age, hereby declares as follows:

1.    I am a member of Winston & Strawn LLP, attorneys for Respondent Skyline Steel, LLC ("Skyline") in the above-captioned matter.

2.    This Declaration is submitted in support of Skyline's motion for my admission *pro hac vice* in this matter.

3.    I principally practice law in Winston & Strawn LLP's New York office, which is located at 200 Park Avenue, New York, New York 10166.  I received a B.A. degree from Harvard University in 1980 and a J.D. degree from Harvard Law School in 1983.  I am a

member in good standing of the Bar of the State of New York and have been since my admission in June 1984.

4.    The office maintaining the roll of members for the Bar of the State of New York is the New York State Unified Court System, Office of Court Administration, Attorney Registration Unit, 25 Beaver Street, Room 840, New York, NY 10004.

5.    I am a member in good standing of the Bar of the State of California and have been since my admission in June 2008.

6.    The office maintaining the roll of members for the Bar of the State of California is the Office of Admissions of the State Bar of California, 180 Howard Street, San Francisco, CA 94105.

7.    I am a member in good standing of the Bar of the District of Columbia and have been since my admission in February 1989.

8.    The office maintaining the roll of members for the Bar of the District of Columbia is the Committee on Admissions, District of Columbia Court of Appeals, Historic Courthouse, 430 E Street, N.W., Room 123, Washington, D.C. 20001.

9.    I am a member in good standing of the Bar of the United States District Court for the Southern District of New York and have been since my admission in September 1984.

10.    The office maintaining the roll of members for the United States District Court for the Southern District of New York is the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, Attorney Admissions, 500 Pearl Street, New York, NY 10007.

11.    I am a member in good standing of the Bar of the United States District Court for the Eastern District of New York and have been since my admission in September 1984.

12.     The office maintaining the roll of members for United States District Court for the Eastern District of New York is the Attorney Admission Clerk, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201.

13.     I am a member in good standing of the Bar of the United States District Court for the Central District of California and have been since my admission in May 2011.

14.     The office maintaining the roll of members for the United States District Court for the Central District of California is the Clerk's Office, United States District Court, Central District of California, Attention: Attorney Admissions, 312 North Spring Street, Room 529, Los Angeles, California 90012.

15.     I am a member in good standing of the Bar of the United States District Court for the Northern District of California and have been since my admission in September 2010.

16.     The office maintaining the roll of members for United States District Court for the Northern District of California is the Clerk's Office United States District Court, Northern District of California, 450 Golden Gate Avenue, Box 36060 San Francisco, CA 94102.

17.     I am a member in good standing of the Bar of the United States District Court for the Eastern District of Texas and have been since my admission in March 2012.

18.     The office maintaining the roll of members for the United States District Court for the Eastern District of Texas is the Attorney Admissions Clerk, United States District Court, Eastern District of Texas, 300 Willow Street, Room 104, Beaumont, Texas 77701.

19.     I am a member in good standing of the Bar of the United States Court of Appeals for the Federal Circuit and have been since my admission in July 1999.

20.     The office maintaining the roll of members for the United States Court of Appeals for the Federal Circuit is the Clerk of the Court, United States Court of Appeals for the Federal Circuit, 717 Madison Place, NW, Washington, D.C. 20439.

3

21.     I am a member in good standing of the Bar of the United States Court of Appeals for the Second Circuit and have been since my admission in September 2007.

22.     The office maintaining the roll of members for the United States Court of Appeals for the Second Circuit is United States Court of Appeals for the Second Circuit, Attorney Admissions, 40 Foley Square, New York, New York 10007.

23.     I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit and have been since my admission in April 2000.

24.     The office maintaining the roll of members for the United States Court of Appeals for the Third Circuit is Clerk's Office, United States Court of Appeals for the Third Circuit, 21400 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

25.     I am a member in good standing of the Bar of the United States Court of Appeals for the Seventh Circuit and have been since my admission in June 1996.

26.     The office maintaining the roll of members for the United States Court of Appeals for the Seventh Circuit is the Clerk's Office United States Court of Appeals for the Seventh Circuit, 219 South Dearborn Street, Room 2722, Chicago, IL 60604.

27.     I am a member in good standing of the Bar of the United States Court of Appeals for the Eighth Circuit and have been since my admission in August 1999.

28.     The office maintaining the roll of members for the United States Court of Appeals for the Eighth Circuit is United States Court of Appeals for the Eighth Circuit, Thomas F. Eagleton Courthouse, 111 South 10th Street St. Louis, MO 63102.

29.     I am a member in good standing of the Bar of the United States Court of Appeals for the Ninth Circuit and have been since my admission in July 2006.

30.     The office maintaining the roll of members for the United States Court of Appeals for the Ninth Circuit is Clerk's Office, Attorney Admissions, United States Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, California 94119.

31.     I am a member in good standing of the Bar of the United States Supreme Court and have been since my admission in January 1998.

32.     The office maintaining the roll of members for the United States Supreme Court is the Clerk, Admissions Office, Supreme Court of the United States, 1 First Street, NE, Washington, D.C. 20543.

33.     No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me by any court in any jurisdiction.

34.     I will be associated in this matter with James S. Richter and Melissa Steedle Bogad, attorneys at Winston & Strawn's Newark, New Jersey office, who are members in good standing of the Bar of the Supreme Court of New Jersey and the Bar of the District Court of New Jersey, and other members of the New Jersey Bar and the Bar of the District of New Jersey who are employed in Winston's Newark office.

35.     Skyline has requested that I be involved in its representation in this matter.

36.     There is good cause for my admission *pro hac vice* in that I have particular knowledge and expertise regarding Skyline's business and the facts and legal issues presented by this matter.

37.     I have never been denied admission *pro hac vice* in any jurisdiction.

38.     If admitted to practice before this Court *pro hac vice*, I will submit to this Court's jurisdiction for discipline and abide by *L. Civ. R.* 101.1(c).

39.     I will make a payment of $150.00 pursuant to *L. Civ. R.* 101(c)(3) payable to the Clerk, U.S. District Court and will pay the annual fee to the New Jersey Lawyers' Fund for

Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order.

40.     Petitioner's counsel have consented to this motion and my *pro hac vice* admission.

41.     Consequently, I respectfully request that the Court grant my admission *pro hac vice*.

I hereby declare under penalty of perjury, that the foregoing statements made by me are true and correct.

_____
Aldo A. Badini

Dated:  September __, 2014