IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**J.D. FIELDS & COMPANY, INC.** **PETITIONER**

v.         Case No. 4:14-cv-00650-KGB

**SKYLINE STEEL, LLC,**                **RESPONDENT**

## ORDER

Before the Court is a stipulation of dismissal with prejudice filed by all parties (Dkt. No. 35). In the stipulation, the parties stipulate that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure all subpoenas served by J.D. Fields & Company, Inc., on Skyline Steel, LLC, have been withdrawn and that all motions brought by both parties are dismissed with prejudice, with each party to bear its own costs. Therefore, this case is hereby dismissed with prejudice. All pending motions are denied as moot.

So ordered this 13th day of September, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge